**Electronically Filed
Supreme Court
SCWC-22-0000499
28-JUN-2024
01:39 PM
Dkt. 23 OCOR**

SCWC-22-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

ALEXANDER AQUINO,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000499; CASE NO. 3CPC-21-0000757)

ORDER OF CORRECTION
(By: Eddins, J.)

It is ordered that the Opinion of the Court, filed on June 28, 2024, is corrected as follows:

On page 2, line 12, the word "subjected" is corrected to read "exposed."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 28, 2024.

/s/ Todd W. Eddins
Associate Justice

